**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Ryan J. Brown,

Plaintiff,

v.

Heidi Washington, *et al.*,

Defendants.

______________________________/

Case No. 26-cv-11204

Judith E. Levy
United States District Judge

Mag. Judge Kimberly G. Altman

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO UPDATE ADDRESS AND PROSECUTE**

Ryan J. Brown, who is currently a parolee,[1] filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 on March 12, 2026. (ECF No. 1, PageID.1 (indicating filing date).) Plaintiff has taken no action in this case since filing his complaint and application to proceed without prepayment of fees. Though Plaintiff was released from custody, he failed to update his address. As a result, since May 20, 2026, all mail

[1] The Court obtained this information from the Michigan Department of Corrections' Offender Tracking Information System ("OTIS"), https://mdocweb.state.mi.us/OTIS2/Profile, which the Court is permitted to take judicial notice of. *See Ward v. Wolfenbarger*, 323 F. Supp. 2d 818, 821 n.3 (E.D. Mich. 2004).

sent to him has been returned as undeliverable. (ECF Nos. 7, 8, 9, 12, 13, 14, 18, 19.) On October 23, 2026, the Court ordered Plaintiff to show cause "in writing why this matter should not be dismissed for failure to **update his address** and for failure to **prosecute** pursuant to Eastern District of Michigan Local Rule 41.2." (ECF No. 17, PageID.36 (emphasis in original).) The Court ordered Plaintiff to respond by November 6, 2026. (*Id.*) That deadline has elapsed. As of this date, Plaintiff has not responded to the Court's order.

Federal Rule of Civil Procedure 41(b) provides that a court may order the involuntary dismissal of an action for failure to prosecute or to comply with the Federal Rules of Civil Procedure or a court order. *See* Fed. R. Civ. P. 41(b). "This measure is available to the district court as a tool to effect management of its docket and avoidance of unnecessary burdens on the tax-supported courts and opposing parties." *Schafer v. City of Defiance Police Dep't*, 529 F.3d 731, 736 (6th Cir. 2008) (quoting *Knoll v. AT&T Co.*, 176 F.3d 359, 363 (6th Cir. 1999)). There is no indication that Plaintiff intends to prosecute his case. As set forth previously, he has neither responded to the Court's order, nor updated his address, nor otherwise taken action in this case since filing his

Complaint approximately eight months ago. In light of these facts, the Court finds it appropriate to dismiss the case without prejudice. *See* E.D. Mich. LR 41.2; Fed. R. Civ. P. 41(b); *Bay Corrugated Container, Inc. v. Gould, Inc.*, 609 F. App'x 832, 835 (6th Cir. 2015).

Accordingly, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: November 10, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 10, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager